JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELSIE TAN GABRIEL,<br><br>          Plaintiff,<br><br>     vs.<br><br>NORDSTROM, INC., a WA corporation doing business in CA as a Specialty Store; & DOES 1 TO 20; Inclusive,<br><br>          Defendants. | CASE NO. 2:22-cv-04452-DSF-AS<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION [FRCP 41(a)]**<br><br>Trial Date:     None Set<br><br>Judge:  Hon. Dale S. Fischer |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED, WITH PREJUDICE, as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.  The Clerk is directed to close the file.

Dated:  August 22, 2022

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE